UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LUZ HERNANDEZ**, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**ERNIE GREEN INDUSTRIES, INC.,**<br><br>　　　　Defendant. | CASE NO.: 1:17-cv-00283<br><br>JUDGE DONALD C. NUGENT<br><br>**JOINT MOTION FOR FINALAPPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

Plaintiff, Luz Hernandez ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of herself and the Class Members and Defendant Ernie Green Industries, Inc. ("Defendant" or "Ernie Green") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e), and the proposed distribution of settlement proceeds to Plaintiff and the Class Members as set forth in the Table of Individual Payments attached to the Declaration of Shannon M. Draher, which is attached as **Exhibit 1**. A proposed Final Order and Judgment is attached as **Exhibit 2**.

On November 14, 2017, the Parties filed their Joint Motion for Preliminary Approval. On November 15, 2017, Defendant provided written notice to the United States, Ohio, and South Dakota Attorney General Offices in compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

The Court entered its Order Granting Preliminary Approval of Settlement on December 6, 2017. Based on that Order, the notice process has been completed, distributions to the

Representative Plaintiff and the Class Members have been calculated, and the Fairness Hearing is scheduled for April 23, 2018.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. § 4111.03. Current and former employees covered by the Settlement consist of Plaintiff and 115 Class Members certified by the Court and defined as:

> Current and former hourly, non-exempt employees of Defendant who received attendance bonuses, and who worked more than forty hours in one or more workweeks, during which they earned such bonuses during the time period of April 1, 2014 to June 30, 2017.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement. (Doc. No. 19). The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

**I.      NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED**

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> Current and former hourly, non-exempt employees of Defendant who received attendance bonuses, and who worked more than forty hours in one or more workweeks, during which they earned such bonuses during the time period of April 1, 2014 to June 30, 2017.

The Court approved the form of the Notice and directed that it be sent to the Class Members by United States mail. (Doc. No. 20).

On December 8, 2017, Defendant's counsel provided Plaintiff's counsel with a Class List, which contained the names and last-known mailing addresses for 116 individuals.[1] (Declaration of Shannon M. Draher, ¶ 3). On December 12, 2017, Plaintiff's counsel mailed the Court-approved Notice to the Class Members by first-class mail. *Id.* at ¶ 4. Five notices were returned as undeliverable. *Id.* at ¶ 5. Plaintiff's counsel took further steps to determine those Class Members' current whereabouts, and three notices were re-mailed Class Members. *Id.*

## II. THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members thirty (30) days in which to request exclusion from the Settlement or to object to the Settlement. No Class Member opted out of, or objected to, the Settlement. (Doc. No. 19, Ex. A).

## III. THE TABLE OF INDIVIDUAL PAYMENTS SHOULD BE APPROVED

As explained in the Parties' Preliminary Approval Motion, the Individual Payments to the Representative Plaintiff and Class Members represent a substantial percentage of their claimed damages. *See* Doc No. 19 at pp. 10-11. Proposed allocations to the Representative Plaintiff and the Class Members were based on each person's overtime damages.

## IV. CONCLUSION

For the reasons addressed herein and in the Preliminary Approval Motion, the Parties respectfully ask the Court to approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 2.**

---

[1] The Parties originally believed the class included 143 individuals. Upon closer examination of the pay records, the Parties discovery that only 116 persons fit the class definition.

3

Respectfully submitted,

| | |
|---|---|
| */s/ Shannon M. Draher* <br> Shannon M. Draher (0074304) <br> Hans A. Nilges (0076017) <br> Nilges Draher, LLC <br> 7266 Portage Street, N.W., Suite D <br> Massillon, Ohio 44646 <br> Phone: (330) 470-4428 <br> Email: hans@ohlaborlaw.com <br>        sdraher@ohlaborlaw.com <br><br> *Attorneys for Plaintiff Luz Hernandez* | */s/ Arthur Brummett* <br> James O'Connor (0063428) <br> Arthur W. Brumett II (0082516) <br> REMINGER CO., L.P.A. <br> 101 West Prospect Avenue, Suite 1400 <br> Cleveland, Ohio 44115 <br> Phone: (216) 687-1311 <br> Email: joconnor@reminger.com <br>        abrumett@reminger.com <br><br> *Attorneys for Defendant Ernie Green Industries, Inc.* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 24, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                       */s/ Shannon M. Draher* <br>
                       Shannon M. Draher <br>
                       Counsel for Plaintiff